CJA 23
Rev. 5/98

# FINANCIAL AFFIDAVIT
IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

| IN UNITED STATES | ☐ MAGISTRATE ☐ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below) |
|---|---|
| IN THE CASE OF | SOUTHERN DISTRICT OF MISSISSIPPI |

IN THE CASE OF: USA v.s. GASTON

FOR / AT:
FILED
MAR 23 2007
J.T. NOBLIN, CLERK
BY _____ DEPUTY

1 ☒ Defendant—Adult
2 ☐ Defendant - Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Parole Violator
6 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☐ Other

LOCATION NUMBER: ____

DOCKET NUMBERS
Magistrate: ____
District Court: 1:06cr79-2
Court of Appeals: ____

PERSON REPRESENTED (Show your full name): ____

CHARGE/OFFENSE (describe if applicable & check box →)  ☒ Felony  ☐ Misdemeanor

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**ASSETS**

**EMPLOYMENT**
- Are you now employed? ☒ Yes  ☐ No  ☐ Am Self-Employed
- Name and address of employer: Harrison County Shrv. ff Dept
- IF YES, how much do you earn per month? $ 4000 gross
- IF NO, give month and year of last employment. How much did you earn per month? $ ____
- If married is your Spouse employed? ☐ Yes ☐ No
- IF YES, how much does your Spouse earn per month? $ ____
- If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ ____

**OTHER INCOME**
- Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources?  ☐ Yes  ☒ No
- IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES: RECEIVED $ ____  SOURCES ____

**CASH**
- Have you any cash on hand or money in savings or checking accounts? ☒ Yes ☐ No  IF YES, state total amount $ 700

**PROPERTY**
- Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?  ☒ Yes  ☐ No
- IF YES, GIVE THE VALUE AND DESCRIBE IT:
  - VALUE: 80-90 K  DESCRIPTION: Lot
  - 14K — 05 Dodge Ram
  - 18K — Boat

**OBLIGATIONS & DEBTS**

**DEPENDENTS** — MARITAL STATUS:
- ___ SINGLE
- ___ MARRIED
- ___ WIDOWED
- ✓ SEPARATED OR DIVORCED

Total No. of Dependents: ____

List persons you actually support and your relationship to them: ____

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME | Creditors | Total Debt | Monthly Paymt. |
|---|---|---|---|
| | Bestlow Fed Cred t | $ 21000 | $ 580 |
| | Total credit card | $ 6000 | $ 300 |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) 3/23/07

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ [signature]