IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA

v.  CRIMINAL NO.  1:06cr79LG-JMR

JAMES RICKY GASTON

**JOINDER IN MOTION TO EXCLUDE PREJUDICIAL PHOTOGRAPHS**

COMES NOW THE DEFENDANT, James Ricky Gaston and joins Motion to Exclude Prejudicial Photographs made by Expert Witnesses and Suppress the Death Certificate (Document 121) previously filed on behalf of co-defendant Ryan Michael Teel.

Respectfully submitted this the 13th day of April, 2007.

S. DENNIS JOINER
Federal Public Defender

By:   s/John W. Weber, III
John W. Weber, III MSB#101020
Assistant Federal Public Defender
2012 15th Street, Suite 380
Gulfport, MS 39501
Phone: (228) 563-1541
 Fax:   (228) 563-1542
*Attorney for Defendant*

-1-

## CERTIFICATE OF SERVICE

    I, John W. Weber, III, do hereby certify that I have this day, April13, 2007, electronically filed the Foregoing Joinder in Motion to Exclude Prejudicial Photographs with the Clerk of the Court using the ECF system which sent notification of such filing to the United States Department of Justice Trial Attorney John C. Richmond, Assistant United States Attorney Glenda R. Haynes, and Defense counsel Cecil G. Woods, James L. Davis, III and Arthur D. Carlisle for their perspective clients.

                                                By:    <u>s/John W. Weber, III</u>
                                                          JOHN W. WEBER, III