IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA

v.                                              CRIMINAL NO.  1:06cr79LG-JMR

JAMES RICKY GASTON

**JOINDER IN MOTION TO SUPPRESS ANY CONCLUSORY
STATEMENTS MADE BY EXPERT WITNESSES
AND SUPPRESS THE DEATH CERTIFICATE**

COMES NOW THE DEFENDANT, James Ricky Gaston and joins Motion to Suppress any Conclusory Statements made by Expert Witnesses and Suppress the Death Certificate (Document 118) previously filed on behalf of co-defendant Ryan Michael Teel.

Respectfully submitted this the 13th day of April, 2007.

S. DENNIS JOINER
Federal Public Defender


By:    s/John W. Weber, III
       John W. Weber, III MSB#101020
       Assistant Federal Public Defender
       2012 15th Street, Suite 380
       Gulfport, MS 39501
       Phone: (228) 563-1541
        Fax:   (228) 563-1542
       *Attorney for Defendant*

-1-

## **CERTIFICATE OF SERVICE**

      I, John W. Weber, III, do hereby certify that I have this day, April13, 2007, electronically filed the Foregoing Joinder in Motion to Suppress any Conclusory Statements made by Expert Witnesses and Suppress the Death Certificate with the Clerk of the Court using the ECF system which sent notification of such filing to the United States Department of Justice Trial Attorney John C. Richmond, Assistant United States Attorney Glenda R. Haynes, and Defense counsel Cecil G. Woods, James L. Davis, III and Arthur D. Carlisle for their perspective clients.

                                    By:    s/John W. Weber, III
                                                  JOHN W. WEBER, III