

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA

VERSUS                                              CRIMINAL NO. 1:06cr79LG-RHW

JAMES RICKY GASTON

### JUDGMENT OF ACQUITTAL

The Defendant was found not guilty on all counts.

**IT IS ORDERED** that the Defendant is acquitted, discharged, and any bond exonerated on this, the 20th day of August, 2007.

LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE